1  ANDRÉ BIROTTE JR.
   United States Attorney
2  SANDRA R. BROWN
   Assistant United States Attorney
3  Chief, Tax Division
   PAUL H. ROCHMES (SBN 077928)
4  Assistant United States Attorney
       Federal Building, Suite 7211
5      300 North Los Angeles Street
       Los Angeles, California  90012
6      Telephone:  (213) 894-2413
       Facsimile:  (213) 894-0115
7      E-mail: paul.rochmes@usdoj.gov

8  Attorneys for United States of America

**NOTE: CHANGES MADE BY THE COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. CV 10-6791 VBF (RZx) |
|---|---|
|             Petitioner, | ) ~~[PROPOSED]~~ |
|     vs. | ) ORDER TO SHOW CAUSE |
| DON OWEN, | ) |
|             Respondent. | ) |

Upon the Petition and supporting Memorandum of Points and Authorities, and the supporting Declaration to the Petition, the Court finds that Petitioner has established its *prima facie* case for judicial enforcement of the subject Internal Revenue Service ("IRS" and "Service") summons. *See* United States v. Powell, 379 U.S. 48, 57-58, 85 S. Ct. 248, 13 L. Ed. 2d 112 (1964); *see also*, Crystal v. United States, 172 F.3d 1141, 1143-44 (9th Cir. 1999); United States v. Jose, 131 F.3d 1325, 1327 (9th Cir. 1997); Fortney v. United States, 59 F.3d 117, 119-20 (9th Cir. 1995) (the Government's *prima facie* case is typically

1

1  made through the sworn declaration of the IRS agent who issued
2  the summons); *accord*, <u>United States v. Gilleran</u>, 992 F.2d 232,
3  233 (9th Cir. 1993).
4      Therefore, **IT IS ORDERED** that Respondent appear before this
5  District Court of the United States for the Central District of
6  California, in Courtroom No. __9__,
7  ☒   United States Courthouse
       312 North Spring Street, Los Angeles, California, 90012
8
9  ☐   Roybal Federal Building and United States Courthouse
       255 E. Temple Street, Los Angeles, California, 90012
10
11 ☐   Ronald Reagan Federal Building and United States Courthouse
       411 West Fourth Street, Santa Ana, California, 92701
12
13 ☐   Brown Federal Building and United States Courthouse
       3470 Twelfth Street, Riverside, California, 92501
14
15 on October 25, 2010, at __8:30__ a.m.,
16 and show cause why the testimony and production of books, papers,
17 records, and other data demanded in the subject Internal Revenue
18 Service summons should not be compelled.
19     **IT IS FURTHER ORDERED** that copies of this Order, the
20 Petition, Memorandum of Points and Authorities, and accompanying
21 Declaration be served promptly upon Respondent by any employee of
22 the Internal Revenue Service or the United States Attorney's
23 Office, by personal delivery, or by leaving copies of each of the
24 foregoing documents at the Respondent's dwelling or usual place
25 of abode with someone of suitable age and discretion who resides
26 there, or otherwise pursuant to Rule 4 of the Federal Rules of
27 Civil Procedure.
28

1 **IT IS FURTHER ORDERED** that within ten (10) days after
2 service upon Respondent of the herein described documents,
3 Respondent shall file and serve a written response, supported by
4 appropriate sworn statements, as well as any desired motions.
5 If, prior to the return date of this Order, Respondent files a
6 response with the Court stating that Respondent does not desire to
7 oppose the relief sought in the Petition, nor wish to make an
8 appearance, then the appearance of Respondent at any hearing
9 pursuant to this Order to Show Cause is excused, and Respondent
10 shall be deemed to have complied with the requirements of this
11 Order.
12
13 //
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

1  **IT IS FURTHER ORDERED** that all motions and issues raised by
2  the pleadings will be considered on the return date of this
3  Order.  Only those issues raised by motion or brought into
4  controversy by the responsive pleadings and supported by sworn
5  statements filed within ten (10) days after service of the herein
6  described documents will be considered by the Court.  All
7  allegations in the Petition not contested by such responsive
8  pleadings or by sworn statements will be deemed admitted.
9
10 DATED:  This 30th day of   September  , 2010.

*Valerie Baker Fairbank*
———————————————————
HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

Presented By:

ANDRÉ BIROTTE JR.
United States Attorney

SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division


     /s/
———————————————————
PAUL H. ROCHMES
Assistant United States Attorney
Attorney for the United States of America

4